```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00162 AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CHANGE OF PLEA |
| v. ) | SETTING |
| ) | |
| HOMERO BORJA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and E. Marshall Hodkins, attorney for the defendant, that the status conference set for September 24, 2012 at 1:00 pm before the Honorable Dennis L. Beck be vacated and that a change of plea hearing be scheduled for September 24, 2012 at 10:00 a.m. before the

///
///
///
///
///
///

1

Honorable Anthony W. Ishii.

Dated: September 12, 2012                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney


                                        By   /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

Dated: September 12, 2012                    /s/ E. Marshall Hodgkins
                                             E. MARSHALL HODGKINS
                                             Attorney for Homero Borja


IT IS SO ORDERED.

Dated:     September 12, 2012           
                                   CHIEF UNITED STATES DISTRICT JUDGE